

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

June 6, 2023

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Glenroy Walker et al.*, 23 Mag. 4465

Dear Judge McCarthy:

The Government respectfully requests that the Court unseal the above-referenced complaint, as the defendants have now been arrested.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
Jared Hoffman / Derek Wikstrom
Assistant United States Attorneys
Tel:  (914) 993-1928 / (212) 637-1085

SO ORDERED:

_____   6-6-2023
HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE